

# Fourth Court of Appeals
## San Antonio, Texas

March 10, 2020

No. 04-20-00097-CV

Yvonne **JACQUEZ** and the Estate of Victor Jacquez,
Appellants

v.

**VHS SAN ANTONIO PARTNERS, LLC**, and Tenet Healthcare Corporation,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-04112
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

A copy of Appellants' notice of appeal was filed in this court on February 12, 2020, but the notice of appeal did not show it was served on each court reporter responsible for preparing the reporter's record. *Contra* TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified Appellants in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed Appellants to file an amended notice of appeal certifying proper service on the responsible court reporter. An amended notice of appeal has not been filed.

We ORDER David C. Cowden to file an amended notice of appeal in compliance with section 51.017(a) within TEN DAYS of the date of this order. *See id.*

If Appellant fails to file an amended notice of appeal as ordered, we will order David C. Cowden to appear in person and SHOW CAUSE why he should not be held in contempt for failing to file the amended notice of appeal.

The clerk of this court shall cause a copy of this order to be served on David C. Cowden by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court